

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00014-CV

Virginia **BRETADO**,
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. We ORDER that Appellee Nationwide Mutual Insurance Company may recover its costs of court in this appeal from Appellant Virginia Bretado.

SIGNED December 12, 2018.

_____
Patricia O. Alvarez, Justice